UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA DOUGHERTY,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SECRETARY JAMES E. TILTON, MULE CREEK STATE PRISON, STATE OF CALIFORNIA and Does 1 to 100, inclusive,

        Defendants.
                                             /

NO. Civ.S-07-350 LKK/DAD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendants has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4      IT IS SO ORDERED.
5      DATED:  October 3, 2007.

   /s/ Lawrence K. Karlton
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT