EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL NERI
FIEL TIGNO
Supervising Deputy Attorneys General
WILLIAM T. DARDEN, State Bar No. 155079
Deputy Attorney General
 1515 Clay Street, 21th Floor
 P.O. Box 70550
 Oakland, CA  94612
 Telephone:  (510) 622-2196
 Fax:  (510) 622-2271
 E-mail:  William.Darden@doj.ca.gov

Attorneys for Defendants California Department of Corrections and Rehabilitation, Secretary James E. Tilton, Mule Creek State Prison, State of California

Ilija Cvetich (State Bar No. 133534)
3465B American River Drive
Sacramento, Ca. 95864
Telephone:  (916) 488-1930
Facsimile:   (916) 488-1939

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA DOUGHERTY,**<br><br>                             Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SECRETARY JAMES E. TILTON, MULE CREEK STATE PRISON, STATE OF CALIFORNIA, and Does 1 to 100, inclusive,**<br><br>                             Defendants. | CASE NO.:2:07-CV-00350-LKK-DAD **(AMENDED)**<br>**RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS**<br><br>Trial Date:   January 6, 2009<br><br>Judge: Honorable Lawrence Karlton |

**TO THE COURT AND ALL PARTIES OF RECORD AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Debra Dougherty and Defendants the California Department of Corrections and

Rehabilitation, Secretary James Tilton, Mule Creek State Prison, State of California ("Defendants") (collectively the "Parties") hereby stipulate and agree that this entire matter as to all Defendants may be **DISMISSED WITH PREJUDICE, WITH EACH SIDE TO BEAR ITS OWN COSTS AND FEES.**

**IT IS SO STIPULATED:**

Dated: October 17, 2007

/s/ William T. Darden
WILLIAM T. DARDEN
Deputy Attorney General
Attorneys for Defendants

FOR

EDMUND G. BROWN JR.
Attorney General of the State of California

Dated: October 10, 2007

/s/ Ilija Cvetich
ILIJA CVETICH
Attorney for Plaintiff

**IT IS SO ORDERED:**

Dated: October 17, 2007

amended stipulation.wpd
SA2007100382

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

(Amended) Rule 41 Stipulation of Dismissal